**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA** 2016 DEC -2 PM 3: 38
**TAMPA DIVISION**

|  |  |
|---|---|
| **STEPHEN KENNEDY,** | ) |
| Plaintiff, | ) |
|  | ) **Case No.** 8:16cv3322-T-27AEP |
| v. | ) |
|  | ) |
| **LEVO HEALTHCARE CONSULTING,** | ) **JURY TRIAL DEMANDED** |
| **LLC,** | ) |
|  | ) |
| Defendant. | ) |

**Serve registered agent:**
**J. Paul Raymond**
**Suite 200**
**625 Court Street**
**Clearwater, Florida 33756**

## COMPLAINT

Plaintiff, Stephen Kennedy, hereby sues Defendant, LEVO Healthcare Consulting, LLC, and alleges and states:

1.     Plaintiff, Stephen Kennedy, is an independent photographer and resident of St. Louis County, Missouri.

2.     Defendant, LEVO Healthcare Consulting, LLC ("LEVO"), is a limited liability corporation, incorporated in the State of Florida, with its principal place of business at Suite 300, 15310 Amberly Drive, Tampa, Florida, with its registered agent being J. Paul Raymond, and with its registered office located at Suite 200, 625 Court Street, Clearwater, Florida 33756.

3.     On information and belief, Defendant LEVO is engaged in the business of creating and managing websites, Facebook pages, Twitter accounts, and other social media accounts and advertising and providing advertising services to businesses including medical practices.

4. Stephen Kennedy brings this action to enforce his copyright associated with one of his photographs, duplicated and used without his permission by Defendant acting as an agent or contractor on behalf of their marketing client ENT & Audiology of Raleigh, North Carolina ("ENT"). After Kennedy's photograph was copied, it was digitally manipulated and ultimately (at least) displayed on ENT's Facebook Business page and ENT's professional practice Twitter account as a false and misleading patient testimonial.

5. The court has general personal jurisdiction over Defendant LEVO because Defendant LEVO is a limited liability corporation, incorporated in the State of Florida, headquartered and with its principal place of business located in Tampa, Florida, and with its registered agent having its registered office in Clearwater, State of Florida.

6. Venue of this lawsuit is proper in the Middle District of Florida under Federal Rule of Civil Procedure 14, because Defendant LEVO, is a limited liability corporation, incorporated in the State of Florida, headquartered and with its principal place of business located in Tampa, State of Florida, with its registered agent having its registered office in Clearwater, State of Florida, and Defendant is subject to the District Court's general personal jurisdiction in this District, has the most significant contacts with this judicial district, and Defendant's registered agent and office is within this judicial district pursuant to 28 U.S.C. §1391(b)-(c) and pursuant to 28 U.S.C. §1400(a).

7. This Court has subject matter jurisdiction over the claims in this action pursuant to 28 U.S.C. §1331 and 28 U.S.C. §§1338(a)-(b), 1367(a), because the claims arise under the United States Copyright Act, 17 U.S.C. §101, et seq. and arise under the United States Digital Millennium Copyright Act, 17 U.S.C. §1201, et seq.

## COUNT I
## (Copyright Infringement)

8.     For the allegations of Paragraph 8, Plaintiff, Stephen Kennedy, restates and incorporates by reference the allegations of Paragraphs 1-7.

9.     Stephen Kennedy earns his living and supports his family as an independent photographer.

10.    Stephen Kennedy creates photographs and licenses same as part of his business.

11.    Stephen Kennedy displays approximately 11,000 photographs available for license on his website with the internet address of "kennedystock.com".

12.    On each page of Stephen Kennedy's website, a trademark graphic (yellow tag) is visible on the top of each page. A smaller version of that trademark graphic is visibly embedded onto each photograph as a watermark. This watermark serves as copyright management information.

13.    On Stephen Kennedy's website, each of the approximately 11,000 photographs contains embedded metadata that identifies copyright ownership and authorship of Stephen Kennedy.

14.    On each page of Stephen Kennedy's website, a conspicuous copyright notice is anchored to the lower left of each enlarged image. This copyright notice is formatted as "© Stephen Kennedy {year}. All Rights Reserved." This conspicuous copyright notice serves as copyright management information.

15.    Stephen Kennedy is the author, copyright owner and copyright registrant of every photograph displayed on his website.

16.    During 2016, Stephen Kennedy learned that Defendant LEVO had stolen one of his photographs from his website. Defendant duplicated the photograph, digitally mutilated nearby copyright notices and removed the visible watermarks. In Defendant's process of duplicating the

3

photograph, embedded metadata was removed. All of the steps taken by the Defendant had the result of stripping any and all visible means of identification of Stephen Kennedy as author and owner of the copyright. The Defendant's acts required computer skills and software for digital image manipulation. Defendant LEVO placed the stolen photo on the Facebook Business page and on the Twitter account for one of its customers, ENT.

17.    Stephen Kennedy discovered that his photograph was prominently displayed on ENT's Facebook Business page and Twitter account as a false and misleading patient testimonial.

18.    Attached to this Complaint, and denoted as **Exhibit # 1**, is a true and accurate copy of Stephen Kennedy's infringed photograph as displayed on Stephen Kennedy's website.

19.    Attached to this Complaint, and denoted as **Exhibit #2**, are true and accurate copies of Stephen Kennedy's infringed photograph as displayed on ENT's Facebook Business page and Twitter account.

20.    The photograph copied, stolen, used, and displayed by Defendant was registered by Stephen Kennedy for copyright with the Copyright Office of the United States in 2010. A true and accurate copy of Stephen Kennedy's Copyright Certificate of Registration for the infringed photograph at issue is denoted as **Exhibit #3** and attached to this Complaint.

21.    Stephen Kennedy is the sole owner of the copyright of the photograph that was stolen and altered by Defendant.

22.    Stephen Kennedy's copyright in the infringed photograph is valid and enforceable.

23.    Defendant's infringements were willful.

24.    Neither Defendant or ENT had permission or a license to use this image or any other of Stephen Kennedy's photographs.

25.    Defendant's wrongful acts constitute a violation of 17 U.S.C. §501.

4

26. Plaintiff Stephen Kennedy is entitled to and elects to recover statutory damages from Defendant.

27. Plaintiff Stephen Kennedy has incurred and will continue to incur legal fees and costs in prosecuting this claim.

28. All conditions precedent to Plaintiff Stephen Kennedy bringing and prevailing on this claim have been satisfied.

**WHEREFORE,** Plaintiff, Stephen Kennedy, respectfully asks this District Court to enter judgment for him and against Defendant, LEVO Healthcare Consulting, LLC, for statutory damages of $150,000.00 for Defendant's infringement on Facebook and $150,000.00 for Defendant's infringement on Twitter, or such lesser amount as found proper by the District Court, for prejudgment interest, for reasonable attorneys' fees and costs incurred by Stephen Kennedy in prosecuting this action, and for any other relief deemed just.

**COUNT II**
**(Digital Millennium Copyright Act Violation**
**Removal or Altering of Copyright Management Information)**

29. For the allegations of Paragraph 29, Plaintiff, Stephen Kennedy, restates and incorporates by reference the allegations of Paragraphs 1-28.

30. Plaintiff Stephen Kennedy's use of metadata, application of watermarks on each photograph, and placement of conspicuous copyright notices anchored to each photograph are all copyright management information and constitute security measures to deter and avoid copyright infringement and protect Stephen Kennedy's copyrights from duplication, theft or unauthorized use.

31. Defendant LEVO's removal and altering of Stephen Kennedy's copyright protecting watermarks, duplicating the photograph without the attached copyright notices and modifying

the metadata from Stephen Kennedy's photograph constitute a violation of the Digital Millennium Copyright Act. *See* 17 U.S.C. §1201, §1202 & §1203.

32. Defendant's wrongful acts and violations of the Digital Millennium Copyright Act were willful.

33. All conditions precedent to Stephen Kennedy bringing and prevailing on this claim have been satisfied.

**WHEREFORE,** Plaintiff, Stephen Kennedy, respectfully asks this Court to enter judgment for him and against Defendant, LEVO Healthcare Consulting, LLC, for statutory damages of $25,000.00 for removing the watermark, plus $25,000.00 for removing the adjoining copyright notice, plus $25,000.00 for altering and removing the metadata for the photograph stolen and used by Defendant, or such lesser amount as found proper by the District Court, for prejudgment interest, for reasonable attorneys' fees and costs incurred by Stephen Kennedy in prosecuting this action, and for any other relief deemed just.

### COUNT III
**(Digital Millennium Copyright Act Violation**
**Distributing Photo with Removed or Altered Copyright Management Information)**

34. For the allegations of Paragraph 34, Plaintiff Stephen Kennedy restates and incorporates by reference the allegations of Paragraphs 1-33.

35. Plaintiff Stephen Kennedy's use of metadata, application of watermarks on each photograph, and placement of conspicuous copyright notices anchored to each photograph are all copyright management information and constitute security measures to deter and avoid copyright infringement and protect Stephen Kennedy's copyrights from duplication, theft or unauthorized use.

36.     Defendant LEVO removed and altered Stephen Kennedy's copyright protecting watermarks, duplicated the photograph without the attached copyright notices, and modified the metadata from Stephen Kennedy's photograph. After duplicating Stephen Kennedy's photograph, LEVO added an additional graphic element in the form of typography on the image using the phrase "PatientStories" with a social media hashtag. Stephen Kennedy's altered photograph was then distributed and displayed on ENT's Twitter account and Business Facebook page as a false and misleading testimonial. These acts each constitute a violation of the Digital Millennium Copyright Act. *See* 17 U.S.C. §1201, §1202 & §1203.

37.     Defendant's wrongful acts and violations of the Digital Millennium Copyright Act were willful.

38.     All conditions precedent to Stephen Kennedy bringing and prevailing on this claim have been satisfied.

**WHEREFORE,** Plaintiff, Stephen Kennedy, respectfully asks this Court to enter judgment for him and against Defendant, LEVO Healthcare Consulting, LLC, for statutory damages of $25,000.00 for distributing the altered photo to ENT, plus statutory damages of $25,000.00 for distributing the altered photo on ENT's Twitter page, plus statutory damages of $25,000.00 for distributing the altered photo on ENT's Business Facebook page, or such lesser amount as found proper by the District Court, for prejudgment interest, for reasonable attorneys' fees and costs incurred by Stephen Kennedy in prosecuting this action, and for any other relief deemed just.

**JURY TRIAL DEMAND**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff, Stephen Kennedy, demands a trial by jury of all issues that may be so tried.

Respectfully submitted,

_____ for

MELANIE S. GRIFFIN, ESQ.
Florida Bar No. 037841
Dean, Mead, Egerton, Bloodworth,
     Capouano & Bozarth, P.A.
100 S. Ashley Drive, Ste. 600
Tampa, Florida 33602
Telephone: (813) 606-4598
Fax: (813) 867-4419
Primary E-mails: mgriffin@deanmead.com
Secondary E-mail: mgodek@deanmead.com