AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| KENNEDY, STEPHEN | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 8:16-cv-3322-T-27AEP |
| LEVO HEALTHCARE CONSULTING, LLC | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Levo Healthcare Consulting, LLC
c/o J. Paul Raymond, its registered agent
625 Court Street, Suite 200
Clearwater, FL 33756

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Melanie S. Griffin, Esq.
Florida Bar No. 037841
Dean, Mead, Egerton, Bloodworth, Capouano & Bozarth, P.A.
100 S. Ashley Drive, Suite 600
Tampa, FL 33602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/2/2016

*Signature of Clerk or Deputy Clerk*